IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY LYNN DETHEROW**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC# 083711**

v.　　　　　　　　CASE NO. 5:16-CV-00063 BSM

**WENDY KELLEY, Director**
**Arkansas Department of Correction**　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 17] submitted by United States Magistrate Judge Jerome T. Kearney have been received as well as petitioner Terry Detherow's objections [Doc. No. 20]. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Detherow's petition for writ of *habeas corpus* is dismissed with prejudice, and no certificate of appealability will issue. *See* U.S.C. §§ 2253(c)(1)–(2).

IT IS SO ORDERED this 22nd day of May 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE